%AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  
V.  

S. DiMasi

**APPEARANCE**

Case Number: 09 CR 10.1.66 MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [x] Retained
- [ ] Pro Bono

Date: June 2, 2009

filed in open
Court: 6/2/09
/s/ Russo
Deputy Clerk

Signature: /s/ Thomas R. Kiley

Print Name: Thomas R. Kiley    Bar Number: 271460

Address: 1 International Pl., Suite 1820

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617.439.7775    Fax Number: 617.330.8774