AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

2009 JUN -5  P 2: 35

| United States of America | ) | |
| v. | ) | **09 CR 10166 MLW** |
| | ) | Case No. |
| Salvatore DiMasi et al. | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Salvatore F. DiMasi

who is accused of an offense or violation based on the following document filed with the court:

| ☑ Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information | ☐ Complaint |
| ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice | ☐ Order of the Court |

This offense is briefly described as follows:

Title 18 United States Code, Section 371 -- Conspiracy to Commit Honest Services Mail and Wire Fraud
Title 18 United States Code, Section 1341 and 1346 -- Honest Services Mail Fraud
Title 18 United States Code, Section 1343 and 1346 -- Honest Services Wire Fraud
Title 18 United States Code, Section 2 -- Aiding and Abetting

Date:   June 2, 2009

*Issuing officer's signature*

City and state:    Boston, Massachusetts

MARY L. CU
*Printed name and title*
DEPUTY CLERK

| Return |
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ . |
| Date: _____ | Arresting officer's signature |
| WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/2/09 | Printed name and title |

AO 442 (Rev 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:     Weight:

Sex:     Race:

Hair:     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: